IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>LUIS CARLOS SUAREZ-ROSARIO,<br>aka Carlitos<br>Defendant. | INDICTMENT<br><br>Criminal No. 25-189 (MAJ)<br><br>Violation:<br>18 U.S.C. § 2119(1)<br><br>ONE COUNT |

THE GRAND JURY CHARGES:

## COUNT ONE
Carjacking
(Title 18, United States Code, Sections 2119(1))

On or about February 15, 2024, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

LUIS CARLOS SUAREZ-ROSARIO, aka Carlitos

took a motor vehicle, that is, a grey 2009 Nissan Altima with Puerto Rico license plate HIT478, that had been transported, shipped, and received in interstate and foreign commerce from L.V.T. by force, violence, and intimidation, with the intent to cause death and serious bodily harm, in violation of 18 U.S.C. § 2119(1).

TRUE BILL

FOREPERSON
Date: Apr/10/2025

W. STEPHEN MULDROW
United States Attorney

Jonathan Gottfried
Assistant United States Attorney
Chief, Violent Crimes Unit

Jeanette M. Collazo-Ortiz
Assistant United States Attorney