

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

1 MINUTE

**MINUTE OF PROCEEDINGS**
**U.S. MAGISTRATE JUDGE HÉCTOR L. RAMOS-VEGA**

COURT REPORTER: ZOOM.GOV                  DATE: April 10, 2025
COURTROOM NO. OSJ 6 (Hybrid Proceeding)   AUSA: Madeline Mas-Saavedra

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*Plaintiff*<br><br>vs.<br><br>Luis Carlos Suarez-Rosario (1)<br><br>*Defendant(s)* | Return of<br>Indictment by the Grand Jury<br>Criminal No. **25-cr-00189 (MAJ)** |

Indictment was filed in open court.

**Arraignment to be set upon Defendant's arrest**.

Case is assigned to Judge María Antongiorgi-Jordán.

**NEW CASE**:

☐   This Indictment supersedes Criminal Case No. -----.

☐   Defendant(s) **appeared** in ----.  Magistrate case merged and closed.

☐   Defendant(s) charged in magistrate case -----, but **not arrested**.  Magistrate case merged and closed.

☒   Defendant(s) **not charged** in magistrate case.

☐   The Court granted the government's motion to seal.

☐   Defendant(s) to remain on same bond.

☐   Defendant(s) is/are under custody.  Marshal to produce the defendant(s).

☒   Arrest warrant(s) to be issued.

☐   Summons to be issued.

*s/María Luz Díaz*
Courtroom Deputy Clerk