IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>LUIS CARLOS SUAREZ-ROSARIO<br>Defendant. | CRIMINAL NO. 25-189 (MAJ) |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: Secretary of the Puerto Rico Department of Correction and Rehabilitation, at the Social Treatment Center, Villalba, Puerto Rico or any other Warden of the Commonwealth of Puerto Rico under whose custody defendant may be.

It appears from the Petition of the United States of America that **LUIS CARLOS SUAREZ-ROSARIO**, confined at the Puerto Rico Department of Correction and Rehabilitation, at the Social Treatment Center, Villalba, Puerto Rico is needed in the United States District Court for the District of Puerto Rico in the above-captioned case.

We command you to release the body of **LUIS CARLOS SUAREZ-ROSARIO**, FORTHWITH to the custody of any Special Agent or Task Force Officer of FBI and/or any other federal agent, so that he may be brought to the United States District Court for the District of Puerto Rico for Prosecution.

SO ORDERED.

In San Juan, Puerto Rico, this 10 day of April, 2025.

_____
Hon. Héctor L. Ramos-Vega
U.S. Magistrate Judge